AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 01, 2024**

SEAN F. McAVOY, CLERK

ARNULFO FAUSTINO ANAYA,
  *Plaintiff*
  v.
MELISSA ANDREWJESKI,
  *Defendant*

Civil Action No. 4:24-CV-5011-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Order filed at ECF No. 13, the Petition for Writ of Habeas Corpus, ECF No. 1, is **DISMISSED without prejudice.**

Petitioner's application to proceed in forma pauperis, ECF No. 2, is **DENIED as moot**.
Petitioner's Motion: "Clerk Action" Note-Up Plaintiff's Motions Date: 11-24-23, ECF No. 4 is **DENIED as moot.**
Petitioner's Motion: Hebeas [sic] Corpus Relief Pursuant 28 U.S.C. 2254 – Exhaustion of State Remedies Complete, ECF No. 5 is **DENIED as moot**.
Petitioner's Motion: "Stay and Abeyance" Pending State Remedies Pursuant 28 U.S.C. 2254(b)(2), ECF No. 6, is **DENIED.**
Petitioner's Motion: Designation of Records "Expansion of Record" Pursuant 28 U.S.C. 2254," ECF No. 7, is **DENIED.**
Petitioner's MOTION: "Show Cause" "Hebeas [sic] Corpus Relief" Pursuant 28 U.S.C. 2254(b),(1),(A),(B)(i),(ii), RCW 9A.44.020(1) "Unconstitutional," ECF No. 8, is **DENIED.**
Petitioner's MOTION: Evidence Hearing "Show Cause" - Pursuant 28 2254 (b),(1),(A),(B),(i),(ii), ECF No. 9, is **DENIED**.
Petitioner's MOTION: Exhaustion of State Remedies and Lift Stay and Abey Memorandum Pursuant 28 U.S.C. 2254 (b),(1),(A)(B),(i),(ii), ECFNo. 12, is **DENIED as moot.**

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice .

Date: 3/1/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*
Ruby Mendoza